HENRIETTA J. GLASS and Others, as Joint Administrators, etc., Respondents, v.

---

* Amd. by Laws of 1921, chap. 698; 208 App. Div. 827.— [REP.

ROSAMOND GIFFORD, Appellant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.